UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN RODEN,

        Plaintiff                 Case No. 2:16-CV-11208
                                         District Judge Victoria Roberts
v.                                       Magistrate Judge Anthony P. Patti

MICHELLE FLOYD, *et al.*,

        Defendants.
_____/

## ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTIONS FOR EXTENSION OF THE DISCOVERY TIME LIMIT (DE 31 and 33)

Currently before the Court are Plaintiff's February 28, 2017 and March 29, 2017 motions for a 30-day extension of the discovery deadline. (DE 31 and 33.) The discovery cut-off is currently set as February 28, 2017. (DE 29.) Defendants have not filed responses opposing either of the instant motions. "A respondent opposing a motion must file a response, including a brief and supporting documents then available." E.D. Mich. LR 7.1(c)(1). "A response to a nondispositive motion must be filed within 14 days after service of the motion." E.D. Mich. LR 7.1(e)(2)(B). Thus, in the absence of a scheduling order stating otherwise, Defendants' response to Plaintiff's February 28, 2017 motion would have been due on or before March 15, 2017 and the response to the March 29,

2017 motion would have been due on or before April 13, 2017. *See* Fed. R. Civ. P. 6(a), 6(d). To date, Defendants have not filed a response.

Accordingly, Plaintiff's motions for an extension of time are **GRANTED AS UNOPPOSED**. The discovery deadline shall be extended to forty days from the date of this order, or **JUNE 15, 2017.**

**IT IS SO ORDERED.**

Dated: May 3, 2017
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 3, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti