**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**Jonathon Stewart Roden,**

        **Plaintiff,**

**CASE NUMBER: 16-11208
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE PATTI**

**v.**

**Michelle Floyd, et al.,**

        **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 31, 2017, Magistrate Judge Patti issued a Report and Recommendation [Doc. 40], recommending that Defendant's Motion for Summary Judgment [Doc. 19] be DENIED WITHOUT PREJUDICE. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **DENIED WITHOUT PREJUDICE**.

**IT IS ORDERED**.

          /s/ Victoria A. Roberts
          Victoria A. Roberts
          United States District Judge

Dated: June 29, 2017

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Jonathan Stewart Roden by electronic means or U.S. Mail on June 29, 2017.

S/Linda Vertriest
Deputy Clerk