UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN RODEN,

    Plaintiff,

v.

MICHELLE FLOYD, et al.,

    Defendants.
_____/

Case No. 16-11208
Honorable Victoria A. Roberts

## **ORDER ADOPTING REPORT AND RECOMMENDATION [ECF No. 74]**

On November 13, 2018, Magistrate Judge Anthony P. Patti issued a Report and Recommendation recommending that Plaintiff's Motion for Preliminary Injunction [ECF No. 61] be DENIED.

No party filed objections within the fourteen day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1).

Accordingly, the Court **ADOPTS** the Report and Recommendation and **DENIES** Plaintiff's Motion for Preliminary Injunction.

**IT IS ORDERED**.

    S/ Victoria A. Roberts
    Victoria A. Roberts
    United States District Judge

Dated: December 27, 2018

The undersigned certifies that a copy of this document was served on the attorneys of record and Jonathan Roden by electronic means or U.S. Mail on December 27, 2018.

s/Linda Vertriest
Deputy Clerk