UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN RODEN,

    Plaintiff

v.

MICHELLE FLOYD,
RICHARD CADY, SHAWN
BREWER, and JAMES ROTH,

    Defendants.
_____/

Case No. 2:16-CV-11208
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR ORDER DIRECTING SERVICE ON PARTY IN PERSON (DE 76)

This matter came before the Court for consideration of Plaintiff's motion for order directing service on party in person. (DE 76.) Plaintiff's November 16, 2018 motion seeks an order directing the Michigan Department of Corrections (MDOC) to produce a last known address for Defendant James Roth so that Roth can be personally served in this matter. (*Id.*) However, the Court has already entered an order on October 29, 2018 directing the MDOC to provide the correct address for Defendant James Roth to the U.S. Marshal Service (USMS) and directing the USMS to then re-attempt service of process upon Roth at that address as expeditiously as possible. (DE 70.) It should be noted, however, that due to the

partial U.S. Government shutdown, service of civil process by the USMS has been delayed.

Accordingly, because the Court has already ordered the relief Plaintiff seeks in the instant motion for order directing service on party in person (DE 76) in its October 29, 2018 order (DE 70), Plaintiff's motion is **DENIED as moot.**

**IT IS SO ORDERED.**

Dated: February 1, 2019		s/*Anthony P. Patti*
					Anthony P. Patti
					UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on February 1, 2019, electronically and/or by U.S. Mail.

					s/Michael Williams
					Case Manager for the
					Honorable Anthony P. Patti